

Signed and Filed: January 9, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession (proposed)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ERICK FERNANDO CRESPO,<br><br>Debtor. | Case No. 23-30874 DM<br>Chapter 11<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND OTHER REQUIRED FILINGS**<br><br>**Judge: Hon. Dennis Montali**<br><br>Case filed: December 23, 2023<br>Requested extension: January 23, 2024 |

The Court having considered the Ex Parte Motion of Debtor, ERICK FERNANDO CRESPO, for an extension of time to file the balance of Schedules, Statements, Plan, and Other Required Filings, and finding Good Cause appearing, hereby ORDERS an extension of time until **January 23, 2024** to file the balance of Schedules, Statements, and Other Required Documents. Failure to file the documents by the extended deadline may result in dismissal of the case without further notice by the court.

**END OF ORDER**

# COURT SERVICE LIST
*\*\*\*No Mail Service Is Required\*\*\**