| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Erick Fernando Crespo** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 23-30874 |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
American Express
P.O. Box 60189
City of Industry, CA 91716-0189

What is the nature of the claim? **Business Credit Card Charges** $27,834.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact
Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**2**
Chase
P.O. Box 6294
Carol Stream, IL 60197-6294

What is the nature of the claim? **Business Credit Card Charges** $187,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Case: 23-30874    Doc# 27    Filed: 01/20/24    Entered: 01/20/24 16:40:12    Page 1 of 5

    ☐ Yes. Total claim (secured and unsecured)
       Value of security: -
       Unsecured claim

---

**3** | **Chase Card Services**
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

What is the nature of the claim? **Credit Card**    **$16,358.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**4** | **Chase Card Services**
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

What is the nature of the claim? **Credit Card**    **$5,863.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**5** | **Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

What is the nature of the claim? **Credit Card**    **$12,756.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**6**

What is the nature of the claim? **2023 Intense Tazer E Bike
In very good condtion
Valuation per purchase at $5900 on August, 2023**    **$742.00**

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Case: 23-30874   Doc# 27   Filed: 01/20/24   Entered: 01/20/24 16:40:12   Page 2 of 5

Debtor 1  **Erick Fernando Crespo**  Case number *(if known)* 23-30874

**Freedom Road Financial**
**Attn: Bankruptcy**
**10509 Professional Circle, Suite 100**
**Reno, NV 89521**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $6,242.00
  - Value of security: - $5,500.00
  - Unsecured claim $742.00

Contact
Contact phone

---

**7**

| | |
|---|---|
| What is the nature of the claim? | 127 Bridgeview Drive San Francisco, CA 94124  San Francisco County<br>1 story, 1183 sq. ft home, 3 bedrooms, 1 bath<br>**Valuation per Debtor's research of** | $1,045,810.00 |

**Fremont Bank, Commercial Lending**
**Attn: Kevin Mon**
**2580 Shea Center Drive, Mailstop 2580-6**
**Livermore, CA 94551**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $1,350,000.00
  - Value of security: - $669,120.00
  - Unsecured claim $1,045,810.00

Contact
Contact phone

---

**8**

**Indinero**
**440 N. Barranca Ave., Suite 4637**
**Covina, CA 91723**

What is the nature of the claim? **Accounting service**  $2,700.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**9**

What is the nature of the claim? **Business MCA Loan Possible personal guarantee**  $48,699.00

---

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 3

Case: 23-30874   Doc# 27   Filed: 01/20/24   Entered: 01/20/24 16:40:12   Page 3 of 5

Debtor 1   **Erick Fernando Crespo**                               Case number *(if known)*   23-30874

**National Funding**
**4380 La Jolla Village Drive**
**San Diego, CA 92122**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**10**

**Norma Cristina Verduzco**
**c/o Drew Lewis, Esq.**
**2999 Douglas Blvd., Suite 180**
**Roseville, CA 95661**

What is the nature of the claim?   **Unlimited civil jurisdiction Case No. CGC-21-597211**   $400,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**11**

**Santander Consumer USA, Inc.**
**dba Chrysler Capital**
**1601 Elm Street, Suite 800**
**Dallas, TX 75201**

What is the nature of the claim?   **2021 Dodge Ram**   $8,016.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $40,135.00
  - Value of security:  -   $32,119.00
  - Unsecured claim   $8,016.00

Contact

Contact phone

---

**12**

**Sutter Health**
**CPMC Mission Bernal Hospital**
**P.O. Box 278450**
**Sacramento, CA 95827-8450**

What is the nature of the claim?   **Medical expense**   $2,519.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Case: 23-30874    Doc# 27    Filed: 01/20/24    Entered: 01/20/24 16:40:12    Page 4 of 5

| Debtor 1 | **Erick Fernando Crespo** | Case number *(if known)* | **23-30874** |

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　　　　　-
　　　Unsecured claim

Contact
Contact phone

## Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Erick Fernando Crespo**　　　　　　　　X  _____
　　**Erick Fernando Crespo**　　　　　　　　　　　Signature of Debtor 2
　　Signature of Debtor 1

Date  **January 20, 2024**　　　　　　　　　　　Date  _____

B 104 (Official Form 104)　　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　Page 5

Case: 23-30874    Doc# 27    Filed: 01/20/24    Entered: 01/20/24 16:40:12    Page 5 of 5