ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com; farsadlaw1@gmail.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ERICK FERNANDO CRESPO,<br><br>Debtor. | Case No. 23-30874 DM<br>Chapter 11<br><br>**NOTICE OF HEARING ON THE MOTION TO VALUE COLLATERAL; CERTIFICATE OF SERVICE**<br><br>DATE: May 10, 2024<br>TIME: 10:00 a.m.<br>PLACE: **Hearing to be conducted by Telephone or Video Conference (see below for instructions on how to arrange your appearance)<br><br>**Judge: Honorable Dennis Montali** |

**TO THE HONORABLE JUDGE DENNIS MONTALI, THE OFFICE OF THE US TRUSTEE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSELS OF RECORD:**

<u>**PLEASE TAKE NOTICE THAT**</u> on <u>**May 10, 2024**</u> at <u>**10:00 a.m**</u>. <u>**before the Honorable Dennis Montali, there will be a hearing on the Debtor's Motion to Value Collateral ("Motion") that was filed on January 20, 2024 under Dkt. No. 31.**</u>

<u>**PLEASE BE ADVISED THAT**</u> The hearing on this Application will not be conducted in the presiding Judge's Courtroom but, instead, will be conducted by telephone or video. All

Notice of Hearing on the Motion to Value Collateral; Certificate of Service - 1

interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 1-888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. Further, information is also available on how to access the hearing at **https://www.canb.uscourts.gov/judge/montali/calendar**.

**PLEASE TAKE FURTHER NOTICE THAT:** The basis for the hearing is that secured creditor, Fremont Bank, has filed an opposition to the Motion on February 7, 2024 under Dkt. No. 37. Consequently, the Debtor is setting a hearing to address Fremont Bank's opposition (although counsel has met and conferred and has an outstanding offer to potentially resolve said objection). The hearing may consider all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

Dated: March 25, 2024

*/s/ Arasto Farsad*
Arasto Farsad, Esq.
Attorneys for Debtor

# PROOF OF SERVICE

I am NOT a party to the within action; my business address is Farsad Law Office, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **March 25, 2024**, I served the interested parties with the document described as follows:

**1. NOTICE OF HEARING ON THE MOTION TO VALUE COLLATERAL; CERTIFICATE OF SERVICE,**

**BY USPS FIRST CLASS MAIL:** By placing true copies thereof enclosed in a sealed envelope with postage fully pre-paid addressed to all addressees on the attached **Court Creditor Matrix**. The envelope was deposited in the United States Post Office in **San Jose**, California.

**BY ELECTRONIC TRANSMISSION:** I also caused to be served the above-described documents by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: *All CM/ECF registered participants.*

Executed on March 25, 2024, at San Jose, California.

I declare under penalty of perjury that the above statements are true and correct.

*/s/ Arasto Farsad*
Arasto Farsad

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 23-30874<br>California Northern Bankruptcy Court<br>San Francisco<br>Mon Mar 25 12:05:33 PDT 2024 | American Express<br>P.O. Box 60189<br>City of Industry, CA 91716-0189 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Amerigas<br>P.O. Box 45264<br>Westlake, OH 44145-0264 | Anderson, Poole & Couche<br>150 Post Street<br>San Francisco, CA 94108-2838 | Blue Triton Brands, Inc.<br>6661 Dixie Hwy., Suite 4<br>Louisville, KY 40258-3950 |
| CA Dept. of Tax and Fee Administration<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Cal Choice<br>721 S. Parker Street<br>Orange, CA 92868-4763 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230-0001 |
| Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Comcast<br>P.O. Box 60533<br>City of Industry, CA 91716-0533 | Erick Fernando Crespo<br>127 Bridgeview Drive<br>San Francisco, CA 94124-2230 |
| Darrell Leon<br>76 Hawkins Street<br>Hollister, CA 95023-4902 | Diamond<br>1505 N. 4th Street<br>San Jose, CA 95112-4607 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 | Trevor Ross Fehr<br>Office of the U.S. Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814-7304 | First Insurance Funding<br>1300 Quail Street, Suite 205<br>Newport Beach, CA 92660-2710 |
| Forward Financing<br>53 State Street 20th Floor<br>Boston, MA 02109-2820 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Freedom Road Financial<br>Attn: Bankruptcy<br>10509 Professional Circle, Suite 100<br>Reno, NV 89521-4883 |
| FreedomRoad Financial<br>10509 Professional Circle, Ste 100<br>Reno NV 89521-4883 | Fremont Bank<br>c/o Eric A. Nyberg<br>Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway, Suite 600<br>Oakland, CA 94612-2218 | Fremont Bank, Commercial Lending<br>Attn: Kevin Mon<br>2580 Shea Center Drive, Mailstop 2580-6<br>Livermore, CA 94551-7547 |
| Harley Davidson Financial<br>Attn: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 | Harley-Davidson Credit Corp<br>PO Box 9013<br>Addison, Texas 75001-9013 | David W Hiller<br>David W. Hiller, Attorney at Law<br>4040 Civic Center Drive<br>Suite 200<br>San Rafael, CA 94903-4187 |

| | | |
|---|---|---|
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Indinero<br>440 N. Barranca Ave., Suite 4637<br>Covina, CA 91723-1722 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>& Crane LLP<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jamie C. Couche<br>Dudnick Detwiler et al.<br>235 Montgomery Street, Suite 630<br>San Francisco, CA 94104-2941 | Jose Montes<br>c/o Parviz Darabi<br>500 Airport Blvd., Suite 410<br>Burlingame, CA 94010-1938 |
| Julie C. Emerson<br>1855 Hamilton Avenue, Suite 200<br>San Jose, CA 95125-5672 | Chris D. Kuhner<br>Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway #600<br>Oakland, CA 94612-2218 | Lewis & Brisbois<br>45 Fremont Street, Suitge 300<br>San Francisco, CA 94105-2204 |
| Christopher M. McDermott<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive<br>Ste 725<br>San Diego, CA 92108-1619 | National Funding<br>4380 La Jolla Village Drive<br>San Diego, CA 92122-1200 | National Funding, Inc.<br>Robert Zahradka, Esq.<br>4380 La Jolla Village Drive<br>San Diego, CA 92122-1200 |
| (p)NATIONAL GENERAL INSURANCE<br>PO BOX 3199<br>WINSTON SALEM NC 27102-3199 | Vinod Nichani<br>Nichani Law Firm<br>111 N Market St. #300<br>San Jose, CA 95113-1116 | Norma Cristina Verduzco<br>c/o Drew Lewis, Esq.<br>2999 Douglas Blvd., Suite 180<br>Roseville, CA 95661-4219 |
| Eric A. Nyberg<br>Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway #600<br>Oakland, CA 94612-2218 | Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3402 | OnDeck<br>4700 W. Daybreak Pkwy., Suite 200<br>South Jorda, UT 84009-5133 |
| Oscar Rosas<br>c/o Law Office of David W. Hiller, Esq.<br>4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903-4187 | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | Propella Capital, LLC<br>1820 Avenue M, #432<br>Brooklyn, NY 11230-5347 |
| Republic Services<br>c/o Coast to Coast Financial<br>101 Hodencamp Road, Suite 120<br>Thousand Oaks, CA 91360-5831 | Oscar Romero Rosas<br>c/o Law Office of David W. Hiller<br>4040 Civic Center Drive<br>Suite 200<br>San Rafael, CA 94903-4187 | Ryder<br>24 East Fourth Street<br>Sioux City, IA 51101 |
| Samsara<br>1 DeHaro Street<br>San Francisco, CA 94103-5205 | San Jose Forklift<br>888 Stockton Avenue<br>San Jose, CA 95110-1825 | Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>1601 Elm St., Suite 800<br>Dallas, TX 75201-7260 |
| Santander Consumer Usa<br>Attn: Bankruptcy<br>Po Box 961211<br>Fort Worth, TX 76161-0211 | Solar Mosaic Inc<br>Attn: Bankruptcy<br>300 Lakeside Dr, 24th Fl<br>Oakland, CA 94612-3572 | Sumy Kim<br>O'Hagan Meyer, LLP<br>One Embarcadero Center, Suite 2100<br>San Francisco, CA 94111-3669 |

| | | |
|---|---|---|
| Sutter Health<br>CPMC Mission Bernal Hospital<br>P.O. Box 278450<br>Sacramento, CA 95827-8450 | TLF (East BAy), LLC<br>c/o CBRE<br>1111 Broadway, Suite 1850<br>Oakland, CA 94607-4185 | TLF (Eastbay, LLC)<br>c/o Stockbridge Capital<br>Four Embarcadero Center, Suite 3300<br>San Francisco, CA 94111-4184 |
| (p)U S  ATTORNEY'S OFFICE   NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | U.S. Small Business Administration<br>Attn: District Counsel, Suite 600<br>San Francisco, CA 94105 | U.S. Small Business Administration<br>Attn: Isabel Guzman, Admiistrator<br>409 Third Street, SW<br>Washington, DC 20416-0002 |
| US Bank<br>West Auto Loan<br>P.O. Box 4493<br>Portland, OR 97208-4493 | Norma Cristina Verduzco<br>c/o Nichani Law Firm<br>111 N. Market Street<br>Suite 300<br>San Jose, CA 95113-1116 | Verizon<br>500 Technology Drive, Suite 550<br>Saint Charles, MO 63304-2225 |
| Volli<br>790 Windmiller Drive<br>Pickerington, OH 43147-6879 | Wakimoto Management<br>172 98th Avenue<br>Oakland, CA 94603-1004 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 |
| Wells Fargo Home Mortgage<br>P.O. Box  10335<br>Des Moines, IA 50306-0335 | Wise Choise Trans Corp.<br>2280 Commerce Place<br>Hayward, CA 94545-2202 | Workers' Comp<br>701 B Street, Suite 2100<br>San Diego, CA 92101-8197 |

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | (d)Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | National General<br>P.O. Box 89431<br>Cleveland, OH 44101 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 | | |

               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Not Assigned - SF | (d)OnDeck<br>4700 W. Daybreak Pkwy., Suite 200<br>South Jorda, UT 84009-5133 | (u)WELLS FARGO BANK, N.A. |

End of Label Matrix
Mailable recipients    74
Bypassed recipients     3
Total                  77