**Fill in this information to identify your case and this filing:**

Debtor 1: **Erick Fernando Crespo**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number: 23-30874

☒ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1
   **127 Bridgeview Drive**
   Street address, if available, or other description

   **San Francisco** **CA** **94124-0000**
   City / State / ZIP Code

   **San Francisco**
   County

   **What is the property?** Check all that apply
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$669,120.00**
   Current value of the portion you own? **$669,120.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Fee simple**

   ☐ Check if this is community property (see instructions)

   **Other information you wish to add about this item, such as local property identification number:**

   **1 story, 1183 sq. ft home, 3 bedrooms, 1 bath**
   **Valuation per Debtor's research of comparable sales in the neighborhood and an online appraisal website, Realtor.com on December 18, 2023**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>**  **$669,120.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Official Form 106A/B     Schedule A/B: Property     page 1

Case: 23-30874   Doc# 94   Filed: 12/18/24   Entered: 12/18/24 14:39:02   Page 1 of 11

Debtor 1   **Erick Fernando Crespo**                        Case number *(if known)*   **23-30874**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

   | 3.1 | Make: **Tesla** <br> Model: **Model X P100 D Sport Utility** <br> Year: **2018** <br> Approximate mileage: **46,182** <br> Other information: <br> **In good condition** <br> **Private party valuation per kbb.com on November 30, 2024** | **Who has an interest in the property?** Check one <br> ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** **$35,693.00** <br> **Current value of the portion you own?** **$35,693.00** |
   |---|---|---|---|
   | 3.2 | Make: **Intense** <br> Model: **Tazer E Bike** <br> Year: **2023** <br> Approximate mileage: <br> Other information: <br> **In very good condtion** <br> **Valuation per Debtor's review of online E Bike sale sites such as Craigslist / eBay as of the date of the filinig** | **Who has an interest in the property?** Check one <br> ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** **$2,000.00** <br> **Current value of the portion you own?** **$2,000.00** |
   | 3.3 | Make: **Harley Davidson** <br> Model: **Road Glide Special (Touring)** <br> Year: **2021** <br> Approximate mileage: **20,000** <br> Other information: <br> **In good condition** <br> **Listing valuation per kbb.com/motorcyles on November 30, 2024** | **Who has an interest in the property?** Check one <br> ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** **$22,295.00** <br> **Current value of the portion you own?** **$22,295.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>     **$59,988.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                                        page 2

Case: 23-30874   Doc# 94   Filed: 12/18/24   Entered: 12/18/24 14:39:02   Page 2 of 11

| Debtor 1 | Erick Fernando Crespo | Case number (if known) | 23-30874 |

|  |  |
|---|---:|
| **No one item exceeds $600 in value** 2 beds, 3 nightstands, 2 dressers, 1 cabinet, 1 coffee table, 2 end tables, 1 reclining chair, 1 sofa, 2 ottomans, 1 barcart, 1 TV cabinet, 1 kitchen table, 6 chairs, 2 refrigerator/freezers, 1 microwave, 1 toaster oven, 1 kitchen cabinet, dinnerware and flatware for 6, assorted kitchen knives, assorted gardening tools, weed wacker, power washer, assorted handyman tools. | $3,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

|  |  |
|---|---:|
| 3 Tv's, 1 cell phone, 1 laptop with docking station, 1 printer, 1 Xbox/Dvd player, Apple watch, 2 sets of Airpods | $1,500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

|  |  |
|---|---:|
| 2 Peter Lik prints | $6,000.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

|  |  |
|---|---:|
| Set of weights, Jiujitsu mats, training dummy | $250.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

|  |  |
|---|---:|
| 1 Glock 21, 1 Smith Wesson 9mm pistol Valuation per | $400.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

|  |  |
|---|---:|
| Used clothing | $1,500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

|  |  |
|---|---:|
| 3 watches, 2 rings, | $1,800.00 |

Debtor 1   **Erick Fernando Crespo**    Case number *(if known)*  **23-30874**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | **1 dog** | **$50.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................    **$15,000.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

    Cash   **$100.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................    Institution name:

    | 17.1. | | **Paypal account** | **$0.00** |
    | 17.2. | | **Venmo** | **$0.00** |
    | 17.3. | **Checking** | **Wells Fargo** **Checking account (DIP) no. 6877** | **$24,938.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................    Institution or issuer name:

    | **ETrade** **Brokerage account no. xxx208** | **$24,858.00** |
    | **Robinhood** **Account no. xxx2158** | **$17,297.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them..................

Official Form 106A/B      Schedule A/B: Property      page 4

Case: 23-30874   Doc# 94   Filed: 12/18/24   Entered: 12/18/24 14:39:02   Page 4 of 11

| Debtor 1 | **Erick Fernando Crespo** | Case number *(if known)* | 23-30874 |

Name of entity:          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) | Interactive Brokers | $233,419.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

| Debtor 1 | Erick Fernando Crespo | Case number (if known) | 23-30874 |

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | State farm Term life insurance | Debtor's mother and sister | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................  $300,612.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

Official Form 106A/B  Schedule A/B: Property  page 6

Case: 23-30874   Doc# 94   Filed: 12/18/24   Entered: 12/18/24 14:39:02   Page 6 of 11

Debtor 1 **Erick Fernando Crespo**     Case number *(if known)* **23-30874**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................    **$0.00**

### Part 8: List the Totals of Each Part of this Form

| # | Description | Amount | | |
|---|---|---:|---|---:|
| 55. | **Part 1:** Total real estate, line 2 | | | $669,120.00 |
| 56. | **Part 2:** Total vehicles, line 5 | $59,988.00 | | |
| 57. | **Part 3:** Total personal and household items, line 15 | $15,000.00 | | |
| 58. | **Part 4:** Total financial assets, line 36 | $300,612.00 | | |
| 59. | **Part 5:** Total business-related property, line 45 | $0.00 | | |
| 60. | **Part 6:** Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | **Part 7:** Total other property not listed, line 54 | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $375,600.00 | Copy personal property total | $375,600.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $1,044,720.00 |

Official Form 106A/B     Schedule A/B: Property     page 7

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |
| Debtor 1 | **Erick Fernando Crespo** | | |
| | First Name  Middle Name  Last Name | | |
| Debtor 2 (Spouse if, filing) | First Name  Middle Name  Last Name | | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 23-30874 | | |

■ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **127 Bridgeview Drive San Francisco, CA 94124  San Francisco County**<br>**1 story, 1183 sq. ft home, 3 bedrooms, 1 bath**<br>**Valuation per Debtor's research of comparable sales in the neighborhood and an online appraisal website, Realtor.com on December 18, 2023**<br>Line from *Schedule A/B*: **1.1** | $669,120.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(5), 703.150 |
| **2018 Tesla Model X P100 D Sport Utility 46,182 miles**<br>**In good condition**<br>**Private party valuation per kbb.com on November 30, 2024**<br>Line from *Schedule A/B*: **3.1** | $35,693.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **2018 Tesla Model X P100 D Sport Utility 46,182 miles**<br>**In good condition**<br>**Private party valuation per kbb.com on November 30, 2024**<br>Line from *Schedule A/B*: **3.1** | $35,693.00 | ■ $4,802.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

| Debtor 1 **Erick Fernando Crespo** | | Case number (if known) **23-30874** |
|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2023 Intense Tazer E Bike**<br>**In very good condtion**<br>**Valuation per Debtor's review of online E Bike sale sites such as Craigslist / eBay as of the date of the filinig**<br>Line from *Schedule A/B*: **3.2** | $2,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **2021 Harley Davidson Road Glide Special (Touring) 20,000 miles**<br>**In good condition**<br>**Listing valuation per kbb.com/motorcyles on November 30, 2024**<br>Line from *Schedule A/B*: **3.3** | $22,295.00 | ■ $3,856.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **No one item exceeds $600 in value**<br>**2 beds, 3 nightstands, 2 dressers, 1 cabinet, 1 coffee table, 2 end tables, 1 reclining chair, 1 sofa, 2 ottomans, 1 barcart, 1 TV cabinet, 1 kitchen table, 6 chairs, 2 refrigerator/freezers, 1 microwave, 1 toaster oven,**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(3), 703.150 |
| **3 Tv's, 1 cell phone, 1 laptop with docking station, 1 printer, 1 Xbox/Dvd player,**<br>**Apple watch, 2 sets of Airpods**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(3), 703.150 |
| **2 Peter Lik prints**<br>Line from *Schedule A/B*: **8.1** | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Set of weights, Jiujitsu mats, training dummy**<br>Line from *Schedule A/B*: **9.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(3), 703.150 |
| **1 Glock 21, 1 Smith Wesson 9mm pistol**<br>**Valuation per**<br>Line from *Schedule A/B*: **10.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(5), 703.150 |
| **Used clothing**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(3), 703.150 |
| **3 watches, 2 rings,**<br>Line from *Schedule A/B*: **12.1** | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(4), 703.150 |

| Debtor 1 | **Erick Fernando Crespo** | | Case number (if known) | **23-30874** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 dog**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(3), 703.150 |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **ETrade**<br>**Brokerage account no. xxx208**<br>Line from *Schedule A/B*: **18.1** | $24,858.00 | ■ $7,194.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Robinhood**<br>**Account no. xxx2158**<br>Line from *Schedule A/B*: **18.2** | $17,297.00 | ■ $17,297.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **401(k): Interactive Brokers**<br>Line from *Schedule A/B*: **21.1** | $233,419.00 | ■ $233,419.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re **Erick Fernando Crespo**  
Debtor(s)

Case No. **23-30874**  
Chapter **7**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing , consisting of **10** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 3, 2024**

Signature **/s/ Erick Fernando Crespo**
**Erick Fernando Crespo**
Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.